James Fischer
Box 287048
New York, NY 10128
917-628-4052
james.fischer@gmail.com
2016-07-29

Clerk of the Court
US District Court
595 Main Street
Worcester, Massachusetts 01608

Re: Proof of Service for Case 16cv40076

Enclosed are the summonses and proof of service for each defendant in case 16cv40076. The defendants were served with summonses and complaints on 7/26/2016.

Thank you for your attention.

*James Fischer*
James Fischer

# RICE CONSTABLE SERVICE

SERVING FITCHBURG, LEOMINSTER & LUNENBURG

KEVIN 978-852-7926 / CHRIS 978-660-8952 / FAX 978-534-4063

14 IRIS RD. LEOMINSTER, MA. 01453

James Fischer
P.O. Box 287048
New York, NY. 10128

Summonses- Dean Eric Stiglitz, Laurie Anne Herboldsheimer & Golden Rule Honey, LLC, 168 Fourth St. Leominster, Ma. 7/26/2016

1 Summons @ $30.00
2 Summonses @ No Charge
Total $30.00

Please make check out to Kevin Rice
And mail to           14 Iris Rd
                      Leominster, Ma. 01453

Thank You
Kevin Rice

Constable

**PAID 7/26/2016**