5/8/2017

Hon. Timothy Hillman
US District Court for Massachusetts
Worcester, Massachusetts

Judge Hillman:

I must apologize for the late filing of 16cv40076 Doc #44, my opposition to defendants' motion to dismiss. I did e-mail Mr. Castles a copy of the document on Friday, and the same document was accepted by the ECF system today, after fixes were made by Ms. Sandy at the MA ECF help desk.

I struggled with the problem alone for too long, and by the time I called Friday, the help desk had closed for the weekend.

Thank you for your time and attention,

    /s/ James Fischer

    James Fischer
    Box 287048
    New York, NY 10128
    917-628-4052
    James.Fischer@gmail.com